**This document was signed electronically on November 9, 2016, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: November 9, 2016**



Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| In re: Lanex A. Brink | ) | Case Number: 12-11570 |
|---|---|---|
| | ) | Chapter 13 Proceedings |
| Debtor | ) | Judge Pat E. Morgenstern-Clarren |

### AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE

This matter came before this Honorable Court for an adjourned hearing on October 18, 2016 upon Trustee's Motion to Dismiss Case (the "Motion") and Debtor's response thereto.

By consent of the parties herein, by and through their undersigned counsel, this Court hereby finds as follows:

**THAT** the parties are prepared to enter into an agreed order resolving the Motion.

**THAT** the terms as set forth in this agreed order will enable the Chapter 13 Plan (the "Plan") to complete within 60 months as mandated under Section 1322 of the Bankruptcy Code.

**IT IS, THEREFORE ORDERED** that Debtor shall tender regular, monthly Plan payments to Trustee in the amount of $300.00.

**IT IS FURTHER ORDERED** that unsecured creditors shall be paid a pro-rata share of $8,810.25 or 16%, whichever is greater.

**IT IS FURTHER ORDERED** that failure of Debtor to tender payments as required herein shall constitute default.

**IT IS FURTHER ORDERED** that upon existence of a default, Trustee shall send Debtor and counsel for Debtor a 10 day notice of Trustee's intent to file an affidavit and proposed order dismissing the case.

**IT IS FURTHER ORDERED** that if the default is not cured within that 10 day period, then upon the filing of an affidavit by Trustee attesting to the default of Debtor, an order shall be entered without further hearing dismissing the case.

Agreed and Submitted by:

| | |
|---|---|
| /S/ Philip D. Lamos | /S/ Adam S. Baker |
| PHILIP D. LAMOS (#0066844) | ADAM S. BAKER (#0069000) |
| Attorney for Craig Shopneck, | Attorney for Debtor |
| Chapter 13 Trustee | 55 Public Square, Suite 1330 |
| 200 Public Square, Suite 3860 | Cleveland, OH 44113 |
| Cleveland, OH 44114-2321 | Telephone (216) 771-3966 |
| Telephone (216) 621-4268 | abakerlaw@sbcglobal.net |
| Ch13shopneck@ch13cleve.com | |

## SERVICE LIST

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

   Craig Shopneck, Chapter 13 Trustee, at ch13shopneck@ch13cleve.com
   Adam S. Baker, on behalf of, Lanex A. Brink, Debtor, at abakerlaw@sbcglobal.net
   Martha R. Spaner, on behalf of Bank of America, at ohbk@rslegal.com
   Edward A. Bailey, on behalf of Federal National Mortgage Association, at bknotice@reimerlaw.com
   Lisa B. Singer, on behalf of Federal National Mortgage Association c/o Seterus, Inc., at
   Bkmail@rosicki.com

And by regular U.S. mail, postage prepaid, on:

   Lanex A. Brink, Debtor, at 26913 North Woodland Road, Beachwood, OH 44122
   AES/PHEAA, at P.O. Box 8147, Harrisburg, PA 17105
   Aris Teleradiology, at P.O. Box 75648, Cleveland, OH 44101
   Bank of America, at P.O. Box 17054, Wilmington, DE 19850
   Bank of America, N.A., at 450 American Street, Simi Valley, CA 93065
   Bank of America, NA c/o Reisenfeld and Associates, at 3962 Red Bank Road, Cincinnati, OH 45227

CBNA, at P.O. Box 6497, Sioux Falls, SD 57117
Capital One, at P.O. Box 85520, Richmond, VA 23285
Chase-Pier1, at P.O. Box 15298, Wilmington, DE 19850
Citibank c/o Alliance One, at 4850 Street Road, Suite 300, Feasterville Trevose, PA 19053
City of Cleveland, Division of Water, at P.O. Box 94540, Cleveland, OH 44101-4540
DSNB/Macy's, at P.O. Box 8218, Mason, OH 45040-8218
Department Stores National Bank/Macy's, Bankruptcy Processing, at P.O. Box 8053, Mason, OH 45040
Direct Loan SVC System, at P.O. Box 5609, Greenville, TX 75403-5609
Dollar Bank, at 2700 Liberty Avenue, Pittsburgh, PA 15222
Dollar Bank, at P.O. Box 3969, Pittsburgh, PA 15230
ECMC, at P.O. Box 75906, St. Paul, MN 55175
Federal National Mortgage Association, at P.O. Box 1047, Hartford, CT 06143-1047
First Federal Credit, at 24700 Chagrin Boulevard, Suite 2, Cleveland, OH 44122
GECRB/Dillard's, at P.O. Box 981400, El Paso, TX 79998
GECRB/Gap, at P.O. Box 965005, Orlando, FL 32896
GECRB/GE Money Bank, at P.O. Box 103065, Roswell, GA 30076
GECRB/JCP, at P.O. Box 981402, El Paso, TX 79998
GECRB/JCP, at P.O. Box 984100, El Paso, TX 79998
Home Depot, at P.O. Box 653000, Dallas, TX 75285
Huntington National Bank, at P.O. box 89424, Cleveland, OH 44101
Keystone Recovery Partners LLC, Series A c/o Weinstein and Riley, PS, at 2001 Western Avenue, Suite 400, Seattle, WA 98121
Lowe's/GEMB, at P.O. Box 530914, Atlanta, GA 30353-0914
Marathon Petroleum Co., at 539 S Main Street, Findlay, OH 45840
Parkview Federal Bank, at 30000 Aurora Road, Solon, OH 44139
Portfolio Recovery Associates, LLC, at P.O. Box 12914, Norfolk VA 23541
Quantum3 Group LLC as agent for World Financial Network Bank, at P.O. Box 788, Kirkland, WA 98083-0788
Quantum3 Group LLC as agent for Capio Partners LLC, at P.O. Box 788, Kirkland, WA 98083-0788
Radiology Associates Ltd. c/o First Federal Credit, at 24700 Chagrin Boulevard, Suite 205, Beachwood, OH 44122
Recovery Management Systems Corporation, at 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605
Sears/CBNA, at P.O. Box 6189, Sioux Falls, SD 57117
Shell/Citi, at P.O. Box 6497, Sioux Falls, SD 57117
Student Assistance Foundation, at 2500 East Broadway Street, Helena, MT 59601
The Home Depot/CBSD, at P.O. Box 6497, Sioux Falls, SD 57117-6497
Toyota Lease Trust, at P.O. Box 8026, Cedar Rapids, IA 52408-8026
Toyota Motor Credit Co., at 4501 Erskine Road, Suite 150, Cincinnati, OH 45242
Toyota Motor Credit Corporation c/o Becket and Lee LLP, at P.O. Box 3001, Malvern PA 19355-0701
Toyota Motor Credit Corporation, at P.O. Box 8026, Cedar Rapids, IA 52408-8026
U.S. Department of Education c/o FedLoan Servicing, at P.O. Box 69184, Harrisburg, PA 17106-9184
US Department of Education, Direct Loan SVC, at P.O. Box 5609, Greenville, TX 75403-5609
WFFNB/Preferred Customer, at P.O. Box 14517, Des Moines, IA 50306
WFNNB/Eddie Bauer, at 995 West 122nd Avenue, Westminster, CO 80234
Wells Fargo, at P.O. Box 94498, Las Vegas, NV 89193
Wells Fargo Bank NA, at P.O. Box 10438, Des Moines, IA 50306-0438

###